RICHARD G. HYPPA
Attorney at Law
State Bar no. 104547
120 E. 12th Street
Tracy, CA  95376

Telephone 209) 836-9288
Facsimile 209) 836-9289

Attorney for Plaintiff DINAH CRUZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINAH CRUZ, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALAN DAVID TIKAL, Trustee of the KATN Revocable Living Trust,<br><br>　　　　Defendant. | Case No. 2:13-CV-01249-KJM-CKD<br><br>JUDGMENT UPON STIPULATION FOR DISMISSAL OF FIRST CAUSE OF ACTION FOR RICO (11 U.S.C. §1961) VIOLATION AND FOR ENTRY OF JUDGMENT ON SECOND CAUSE OF ACTION TO QUIET TITLE |

　　　　The Court having reviewed the Stipulation for Dismissal of First Cause of Action for RICO (11 U.S.C. §1961) Violation and for Entry of Judgment on Second Cause of Action to Quiet Title, and good cause appearing therefore,

　　　　IT IS ORDERED that Judgment is hereby entered in this matter as follows:

　　　　The First Cause of Action for Racketeering Influence and Corrupt Organizations (11 U.S.C. §1961) Violation is hereby dismissed.

　　　　Judgment is hereby entered in favor of Plaintiff DINAH CRUZ against ALAN DAVID TIKAL, Trustee of the KATN Revocable Living Trust on the Second Cause of Action for Quiet Title in the Complaint quieting title to the real property described below ("subject real

property") against the Deed of Trust in the sum of $122,600, in the San Joaquin County Official Records, Document no. 2010-124429, and said Deed of Trust shall not constitute a lien or encumbrance against the subject real property.  Any purported indebtedness described in said Deed of Trust is hereby extinguished.

The real property which is the subject of this action is described as follows:

Lot 86, as shown on Map entitled, "Tract number 3368, Mountain House Neighborhood E Unit No. 2, filed for record September 22, 2004 in book 39 of   Maps and Plats, Page 41, San Joaquin County Records.

EXCEPTING THEREFROM all oil, gas, minerals and other hydrocarbon substances lying below a depth of 500 feet beneath the surface, without however, the right of surface entry (portions in Northwest ¼ of Section 9 and Northeast ¼ of Section 8), as reserved in the Deed executed by Arnaudo Bros., recorded August 3, 1994, Recorders Instrument No. 94089630, San Joaquin County Records.

ALSO EXCEPTING THEREFROM all oil, gas, minerals and other hydrocarbon substances lying below a depth of 500 feet beneath the surface, without the right of surface entry (portions in Southeast 1/4 of Section 8) as reserved in Deed executed by Arnaudo Bros., recorded August 4, 1995, as Recorders Instrument No. 95070747, San Joaquin County Records.

A.P.N. 254-290-22.

Plaintiff DINAH CRUZ and Defendant ALAN DAVID TIKAL, Trustee of the KATN Revocable Living Trust shall each bear their costs and attorney's fees incurred herein.

Dated:   July 12, 2013.

_____
UNITED STATES DISTRICT JUDGE